*City of Atlanta v. Benator*, 310 Ga.App. 597, 714 S.E.2d 109, 117 (2011).

AFFIRMED.

**UNITED STATES of America,
Plaintiff-Appellee,**

v.

**Anthony Darell TALLIE, a.k.a. Pokie,
Defendant-Appellant.**

**No. 15-15744
Non-Argument Calendar**

United States Court of Appeals,
Eleventh Circuit.

Date Filed: 12/05/2016

Sandra J. Stewart, George L. Beck, Jr., Brandon K. Essig, U.S. Attorney's Office, Montgomery, AL, for Plaintiff-Appellee

Anthony Darell Tallie, FCI Marianna-Inmate Legal Mail, Marianna, FL, for Defendant-Appellant

Before WILSON, JULIE CARNES and JILL PRYOR, Circuit Judges.

PER CURIAM:

Tilden Haywood, appointed counsel for Anthony Tallie in this appeal from the denial of Tallie's construed motion for a sentence reduction under Fed. R. Crim. P.

35(b), has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and the denial of Tallie's motion is **AFFIRMED**.